UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LINDA HARRISON,

    Plaintiff,                          Case No. 3:20-cv-427

vs.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,            District Judge Michael J. Newman

    Defendant.

_____

**ORDER AND ENTRY: (1) DISMISSING THIS CASE WITH PREJUDICE AND
(2) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

The Court, having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.  Within thirty (30) days, the parties may move to substitute this Order and Entry with a proposed dismissal entry agreed upon by the parties.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry.  The Court will retain jurisdiction to enforce the terms of the settlement, if necessary.

    **IT IS SO ORDERED.**

Date:  February 10, 2021                       s/ Michael J. Newman
                                                                          Michael J. Newman
                                                                          United States Magistrate Judge